UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Marquis HOLIDAY,<br><br>         Plaintiff,<br><br>vs.<br><br>UNKNOWN OFFICER OR OFFICERS OF THE SAN DIEGO POLICE DEPARTMENT,<br><br>         Defendants. | Case No.: 3:23-cv-1069-AGS-MMP<br><br>**ORDER DISMISSING CIVIL ACTION FOR FAILURE TO PROSECUTE** |

  Juan Marquis Holiday, a federal inmate proceeding without an attorney, filed a civil rights action, alleging his Fourth Amendment rights were violated when unnamed San Diego Police Officer(s) entered his home without a warrant. (ECF 1.) On January 1, 2024, the Court granted Holiday's IFP application but dismissed "the complaint without prejudice and with leave to amend" by "March 15, 2024." (ECF 6, at 8.) Holiday was cautioned that if he failed to "timely amend, the Court will enter a final Order dismissing this civil action."(*Id.*) To date, Holiday has not responded or filed an amended complaint.

  Holiday's failure to respond to the court's order "is properly met with the sanction of a Rule 41(b) dismissal." *Edwards v. Marin Park*, 356 F.3d 1058, 1065 (9th Cir. 2004). So, this civil action is dismissed without prejudice. The Clerk is directed to close this file.

Dated:  April 26, 2024

                       _____
                       Hon. Andrew G. Schopler
                       United States District Judge